# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SEA-LAND SERVICE, INC.

   VS.

VENTURA RODRIGUEZ, INC.

CIVIL NO. 98-1621 (JAF)

---

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| **DATE FILED:** 10/29/99 | **DOCKET #:** 10 | **TITLE:** MOTION by Sea-Land Service for Carlos C. Santiago to Withdraw as Attorney |
| [X] Plaintiff(s) | | |
| [ ] Defendant(s) | | |

---

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

12/28/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

Lillian Torres
2 Boneta